## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. LAUREEN McGOWAN, | ) | |
| 2. JOY MASON, | ) | |
| 3. IVETTE FIGUEROA, | ) | |
| 4. MELISSA ESPINOSA, | ) | **Case No. 07-Civ-1168-HE** |
| 5. REGENIA OLDBEAR, | ) | |
| 6. KERRI JENNINGS, | ) | |
| 7. KIMBERLY SUMMERS, | ) | |
| 8. BRENDA BROWN, | ) | |
| 9. TERESA CHAGOLLA, | ) | |
| 10. DENA ESTRADA, | ) | |
| 11. JENNIFER SLINKEY, | ) | |
| 12. KIMBERLY SMITH, | ) | |
| 13.  SUZANNE ELLIOTT, and | ) | |
| 14.  TAMMIE BACA, all individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| 1. SHERIFF OF CUSTER COUNTY, | ) | |
| in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT AGREEMENT

Under the highly unusual circumstances of this case, Plaintiffs deem it prudent to file this Notice of Settlement Agreement.

The Scheduling Order presently in place calls for the filing of Plaintiffs' responses to Defendant's motions for summary judgment today, May 6, 2010.  On May 5, 2010 Plaintiffs filed a motion with the Court asking for an extension of this deadline for two weeks.  This afternoon counsel for Plaintiffs contacted the Court's courtroom deputy, Ms. Janet Wright, to inquire of the status of the Court's disposition of the referenced motion.  As of the filing of this Notice, there has been no disposition of the referenced motion.

The Court is advised that the parties have achieved a settlement of this case, thanks to the

good offices of the Hon. Claire V. Eagan, Chief Judge of the United States District Court for the Northern District of Oklahoma, who served as settlement judge in the case, pursuant to appointment by this Court.

Under these circumstances, the Court is asked to hold in abeyance all deadlines on the Scheduling Order, including but not limited to the May 6, 2010 deadline for Plaintiffs' responses to Defendant's motions for summary judgment, pending further advice from counsel for the Plaintiffs and counsel for the Defendant.

A telephone call was placed to Defendant's counsel to learn whether there was any objection to this filing, but counsel had departed for the day.

The Court is further advised that the Board of County Commissioners of Custer County, the paying entity in this case, is scheduled to deal with settlement matters at its meeting on Monday, May 10, 2010.

Respectfully submitted,

s/ R. Thomas Seymour
R. Thomas Seymour, OBA No. 8099
Scott A. Graham, OBA, No. 19817
SEYMOUR & GRAHAM, LLP
100 W. 5th Street, Suite 550
Tulsa, Oklahoma 74103
Telephone:  (918) 583-5791
Facsimile:  (918) 583-9251
rtseymour1@aol.com
sgraham@seymourgraham.com

and

s/ R. Thomas Seymour OBA 8099 for

2

<u>Gregory P. Williams with permission</u>

Gregory P. Williams, OBA No.9647

**GARRETT LAW OFFICE, P.C.**

111 W. 5th Street, Suite 800

Tulsa, Oklahoma 74103

Telephone (918) 549-6717

Facsimile   (918) 549-6711

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that on the 6th day of May 2010, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Collins, Esq.

Ambre Gooch, Esq.

Collins, Zorn & Wagner, P.C.

429 N.E. 50th, Second Floor

Oklahoma City, Oklahoma 73105

cjc@czwglaw.com

Attorney for Defendant

<u>s/R. Thomas Seymour</u>

R. Thomas Seymour